UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROSALIE APPEL | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. |
| | : | |
| WESTERN CONNECTICUT STATE | : | |
| UNIVERSITY CHAPTER OF THE | : | |
| CONNECTICUT STATE UNIVERSI- | : | |
| TIES AMERICAN ASSOCIATION OF | : | |
| UNIVERSITY PROFESSORS, | : | |
| VIJAY NAIR, WALTER BOELKE, | : | |
| DAVID SKORA, DANIEL GOBLE, | : | |
| LORRAINE CAPOBIANCO, MARLENE | : | |
| DAVIS, JOSEPH AINA NURSING and | : | |
| LUIGI MARCONE | : | SEPTEMBER 2, 2008 |

## C O M P L A I N T

1. This is an action for brought by a citizen and resident of the State of New York against citizens and residents of the State of Connecticut. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2. Jurisdiction of this court is invoked under the provisions of Section 1332 of Title 28, and Sections 151, *et seq.,* of Title 29, of the United States Code.

3. The plaintiff is an adult citizen of the State of New York, United States

of America.  At all times mentioned herein, the plaintiff was a tenured professor at Western Connecticut State University.

4. At all times mentioned in this action, the defendant Western Connecticut State University Chapter of the Connecticut State Universities American Association of University Professors (hereinafter "union") was a labor organization as that term is defined in the National Labor Relations Act, 29 U.S. Code section 152(5) and an employee organization as that term is defined by Section 5-270(d) of the Connecticut General Statutes.  At all times mentioned in this action, the plaintiff was a member of the union.

5.  At all times mentioned in this action, the defendants were and they are adult citizens of the State of Connecticut.

6.  At all times mentioned in this action, the defendant Nair was an official and agent of the union.

7.  At all times mentioned in this action, the defendant union was the designated and recognized representative of the plaintiff and other employees of Western Connecticut State University.

8.  At all times mentioned in this action, the defendant union had an obligation under the National Labor Relations Act and Section 5-271 of the Connecticut General Statutes to act for the plaintiff and to represent her interests in her relationship with the aforesaid employer.

9.  Commencing in September 2005 and continuing thereafter without interruption until March 28, 2008, the defendants Nair, Boelke, Skora, Goble, Capobianco, Davis, Nursing and Marcone, acting jointly and in conjunction with many others, intentionally, maliciously, tortiously and for the improper purpose of restricting the academic freedom of the plaintiff as a tenured professor at an institution of higher learning, interfered with the plaintiff's professional and business relationship with Western Connecticut State University.  As a result, the plaintiff's said employment was terminated on March 28, 2008.

10.  Commencing in October 2005 and continuing thereafter without interruption until at least April 18, 2008, the defendant union and the defendant Nair failed to fairly, impartially and equally represent the plaintiff's interests under the collective bargaining agreement with her aforesaid employer by, among other things, colluding with the employer to violate plaintiff's express rights under the collective bargaining agreement and to permit the employer to discipline the plaintiff and ultimately terminate the plaintiff's employment without just cause.

11.  As a result of the actions of each of the defendants described above, the plaintiff has lost her employment and has suffered and continues to suffer substantial economic losses in excess of seventy-five thousand dollars.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory and punitive damages.

    ***The plaintiff claims trial by jury.***

        THE PLAINTIFF

    BY:     /s/
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com
        Her Attorney