UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSALIE APPEL : | |
| : | |
| VS. : | NO. 3:08cv1327(AVC) |
| : | |
| VIJAY NAIR, DAVID SKORA, : | |
| DANIEL GOBLE, LORRAINE : | |
| CAPOBIANCO, MARLENE DAVIS : | |
| JOSEPH AINA NURSING and : | |
| LUIGI MARCONE : | SEPTEMBER 3, 2009 |

## A M E N D E D   C O M P L A I N T

1.  This is an action for brought by a citizen and resident of the State of New York against citizens and residents of the State of Connecticut. The amount in dispute, exclusive of interest and costs, is greater than seventy-five thousand dollars ($75,000).

2.  Jurisdiction of this court is invoked under the provisions of Section 1332 of Title 28, and Sections 151, *et seq.,* of Title 29, of the United States Code.

3.  The plaintiff is an adult citizen of the State of New York, United States of America. At all times mentioned herein, the plaintiff was a tenured professor at Western Connecticut State University.

1

4.  At all times mentioned in this action, the defendants were and they are adult citizens of the State of Connecticut.

5.  Commencing in September 2005 and continuing thereafter without interruption until March 28, 2008, the defendants Nair, Boelke, Skora, Goble, Capobianco, Davis, Nursing and Marcone, acting jointly and in conjunction with many others, intentionally, maliciously, tortiously and for the improper purpose of restricting the academic freedom of the plaintiff as a tenured professor at an institution of higher learning, interfered with the plaintiff's professional and business relationship with Western Connecticut State University.  As a result, the plaintiff's said employment was terminated on March 28, 2008.

6.  The said actions of the defendants included, but were not limited to, the following:

    A.  On or about September, 2005, they signed and filed with the administration of the plaintiff's employer a petition falsely and maliciously accusing the plaintiff of unprofessional and improper conduct;

    B.  On or about October 31, 2005, they participated in or caused to be convened a meeting with the plaintiff's supervisors for the purpose of causing the plaintiff to be subjected to a "Special Assessment" whereby the plaintiff's employment could be terminated without cause;

    C.  From September 2005 to and including November 11, 2005,

they falsely and maliciously represented to one or more of the plaintiff's supervisors that the plaintiff:

(1) Lacked respect for the majority decision of the department including department policy regarding the development of the course schedule.

(2) Constantly interrupted when others were speaking.

(3) Insisted that she could determine other people's motivation.

(4) Described an adjunct faculty member as "disingenuous."

(5) Sent numerous emails accusing others of wrongdoing without proper evidence or facts.

(6) Made unsubstantiated accusations.

(7) Claimed that students were personally attacking her.

D.  The defendants, through their aforesaid repeated and concerted false and malicious accusations, caused the plaintiff's supervisors to conclude that they could appropriately require the plaintiff to undergo a psychiatric evaluation as a condition of her continued employment, which directive was issued to the plaintiff on or about July 11, 2006.

E.  Despite actual knowledge that their accusations against the plaintiff were false and were inflicting substantial professional and financial injury

upon the plaintiff, the defendants refused to retract their false accusations and permitted such false accusations to remain upon the records of the plaintiff's employer to and including the date on which her employment was terminated.

7. As a result of the actions of each of the defendants described above, the plaintiff has lost her employment and has suffered and continues to suffer substantial economic losses in excess of seventy-five thousand dollars.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory and punitive damages.

THE PLAINTIFF

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/
                              JOHN R. WILLIAMS