```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
```

ROSALIE APPEL,                   :
plaintiff,                       :
                                 :
v.                               :     Case No. 3:08CV01327(AVC)
                                 :
WESTERN CONNECTICUT              :
STATE UNIVERSITY ET AL.,         :
defendants.                      :

### JUDGMENT

This action having come before the court for consideration of the plaintiff's motion to dismiss and,

The court having considered the full record of the case including applicable principles of law, and the court having granted the motion in a ruling dated October 14, 2010, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 9th day of November, 2010.

                              ROBIN TABORA, Clerk


                              By: /   s   /
                                 Renee Alexander
                                 Deputy Clerk